# Exhibit 1

02/24/2015



| Client Information | | | |
|---|---|---|---|
| US SECURITY ASSOCIATES<br>200 MANSELL COURT, 5TH FLOOR<br>ROSWELL            GA    30076<br>Location:  BR805 | | Subcode:         E8084492<br>Reference #:<br>Quoteback:<br>Attention:        CAROL  LONGMORE | |

| Applicant Information | | | |
|---|---|---|---|
| Applicant Name: | DUNCAN, ROBERT EUSTICE | Control #: | 72825690 |
| Social Security No: | ***-**- | Ordered By: | JESSALYN WRIGHT |
| Phone: | | | |
| Maiden Name/Aliases: | DUNCAM, ROBERT E<br>MINOR DUNCAN, ROBERT | | |
| Address: | PORT LAVACA, TX | | |

### CAUTION

California Applicants/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

Sólo para los Solicitantes/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

Pursuant to Minn. Stat. Ann. § 332.70(4): The report may include information that has been expunged, sealed, or has otherwise become inaccessible to the public since the date it was collected.

Results pertaining to the subject's potential criminal background results are only included in the report if there is an exact match between the full name and date of birth provided by the subject and the court record. To ensure the integrity of our results, the criminal information reported appears exactly as it is received from each search.

As sex offender, office of foreign asset control and federal criminal offender databases may only list names, information is provided only if there is a complete name match between the subject and the entry in the government records.

Department of motor vehicle records are provided only if there is an exact match between the license number provided by the subject and the agency record.

Credit reports are provided by the credit bureau based on 2 matching criteria among name, address and social security number.

| Applicant Name: DUNCAN, ROBERT | SSN: ***-**-▮▮▮▮ | Control Number: 72825690 |

To the extent criminal background results are duplicative of findings from non-criminal background checks, such as a sex offender hit, the results are duplicated in the report. Accordingly, a thorough review of the complete report is required to ensure that the company properly recognizes duplicative results.

The purpose of Social Security Trace/Address Locator Report is to locate jurisdictions for purposes of expanding the scope of the criminal background check. The Social Security number provided by the applicant is not checked against the Social Security Administration database since the Social Security Administration database generally is not accessible for pre-employment screening purposes. In determining whether a number appears to be validly issued, SSN protocols are applied but please note that due to the randomization of the issuance of social security numbers, any conclusion regarding whether the number is valid may not be accurate for recently issued numbers.

AS IT MAY NOT BE PERMISSIBLE OR RECOMMENDED TO USE CERTAIN INFORMATION CONTAINED IN THIS REPORT FOR EMPLOYMENT DECISIONS, IT IS ADVISABLE TO CONSULT WITH COUNSEL PRIOR TO MAKING ANY ADVERSE HIRING DECISIONS. BY REQUESTING AND ACCEPTING THIS REPORT, CLIENT CONFIRMS IT IS ACTING IN COMPLIANCE WITH ITS END USER CERTIFICATION.

## Report Summary

**Applicant's Status: Complete**
**Services Ordered:**

```
Enhanced National Criminal                  C                                        Informational
Sex Offender Registry Check                 C                                        Clear
Social Security Trace For County
Searches                                    C    DUNCAN, ROBERT                      Informational
Score Report - County Record                C    DUNCAN, ROBERT                      Review
Global Terrorist Watchlist Search           C                                        Clear
County Criminal Record                      C    CALHOUN, TX                         Clear
    Alias Names Were Checked                     CALHOUN, TX
County Criminal Record                      C    ST MARYS, MD                        Clear
    Alias Names Were Checked                     ST MARYS, MD
County Criminal Record                      C    COMAL, TX                           Clear
    Alias Names Were Checked                     COMAL, TX
Misdemeanor/Other Public Record
Information                                 C    CALHOUN, TX                         Clear
    Alias Names Were Checked                     CALHOUN, TX
Misdemeanor/Other Public Record
Information                                 C    ST MARYS, MD                        Clear
    Alias Names Were Checked                     ST MARYS, MD
Misdemeanor/Other Public Record
Information                                 C    COMAL, TX                           Clear
    Alias Names Were Checked                     COMAL, TX
Federal  Record Check                       C    TX, SOUTHERN DISTRICT OF   Clear
    Alias Names Were Checked                     TX, SOUTHERN DISTRICT OF TEXAS
Federal  Record Check                       C    MD, U.S. DISTRICT COURT O  Clear
    Alias Names Were Checked                     MD, U.S. DISTRICT COURT OF MARYLAND
Federal  Record Check                       C    TX, WESTERN DISTRICT OF T  Clear
    Alias Names Were Checked                     TX, WESTERN DISTRICT OF TEXAS
County Criminal Record                      C    CHESTER, PA                         **Alert**
```

| Product | Reference | Status | Result |
| --- | --- | --- | --- |
| **Enhanced National Criminal** | | Complete | Informational |

Please refer to the county criminal search

| **Sex Offender Registry Check** | | Complete | Clear |

Search Performed On 02/12/2015

Applicant Name:   DUNCAN, ROBERT        SSN: ***-**-▮▮▮▮        Control Number: 72825690

There were no records found in the Registered Sex Offender database, including 50 states, Guam, Puerto Rico and the Northern Mariana Islands, matching the submitted search criteria based upon the information provided.

**Social Security Trace For County Searches**        **DUNCAN, ROBERT**        **Complete**    **Informational**

```
SSN TRACE FOR:                              REPORT DATE:
  DUNCAN, ROBERT EUSTICE                      02/11/2015
  XXX-XX-▮▮▮▮

TOTAL SUBJECTS RETURNED: 1

SUBJECT 1
  DUNCAN, ROBERT E                          LAST SEEN:  01/2015
  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                            FIRST SEEN: 01/2012
  PORT LAVACA, TX

  DUNCAM, ROBERT E                          LAST SEEN:  01/2012
  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                            FIRST SEEN: 01/2012
  PORT LAVACA, TX

  DUNCAN, ROBERT MINOR                      LAST SEEN:  01/2012
  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                            FIRST SEEN: 01/2012
  PORT LAVACA, TX

  MINOR DUNCAN, ROBERT                      LAST SEEN:  01/2012
  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                            FIRST SEEN: 01/2012
  PORT LAVACA, TX

  DUNCAN, ROBERT MINOR                      LAST SEEN:  12/2014
  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                            FIRST SEEN: 12/2004
  DAMERON, MD

  DUNCAN, ROBERT E                          LAST SEEN:  03/2012
  ▮▮▮▮▮▮▮▮▮                                 FIRST SEEN: 07/2008
  PORT LAVACA, TX

  DUNCAN, ROBERT MINOR                      LAST SEEN:  04/2011
  ▮▮▮▮▮▮▮▮▮                                 FIRST SEEN: 07/2008
  PORT LAVACA, TX

  DUNCAM, ROBERT E                          LAST SEEN:  07/2008
  ▮▮▮▮▮▮▮▮▮                                 FIRST SEEN: 07/2008
  PORT LAVACA, TX

  MINOR DUNCAN, ROBERT                      LAST SEEN:  07/2008
  ▮▮▮▮▮▮▮▮▮                                 FIRST SEEN: 07/2008
  PORT LAVACA, TX

  DUNCAN, ROBERT E                          LAST SEEN:  07/2008
  ▮▮▮▮▮▮▮▮▮▮▮▮                              FIRST SEEN: 01/2008
  CANYON LAKE, TX

  DUNCAM, ROBERT E                          LAST SEEN:  01/2008
  ▮▮▮▮▮▮▮▮▮▮▮▮                              FIRST SEEN: 01/2008
  CANYON LAKE, TX

  DUNCAN, ROBERT MINOR                      LAST SEEN:  01/2008
  ▮▮▮▮▮▮▮▮▮▮▮▮                              FIRST SEEN: 01/2008
  CANYON LAKE, TX

  MINOR DUNCAN, ROBERT                      LAST SEEN:  01/2008
  ▮▮▮▮▮▮▮▮▮▮▮▮                              FIRST SEEN: 01/2008
```

| Applicant Name: DUNCAN, ROBERT | SSN: ***-**-▮▮▮▮ | Control Number: 72825690 |

CANYON LAKE, TX ▮▮▮▮

DUNCAN, ROBERT E
▮▮▮▮▮▮▮▮▮▮
WHITE SANDS MISSILE RANGE, NM ▮▮▮▮▮

LAST SEEN: 01/2008
FIRST SEEN: 07/2007

DUNCAM, ROBERT E
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
SEATTLE, WA ▮▮▮▮

LAST SEEN: 12/2007
FIRST SEEN: 12/2007

DUNCAN, ROBERT E
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
SEATTLE, WA ▮▮▮▮

LAST SEEN: 12/2007
FIRST SEEN: 12/2007

DUNCAN, ROBERT MINOR
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
SEATTLE, WA ▮▮▮▮

LAST SEEN: 12/2007
FIRST SEEN: 12/2007

MINOR DUNCAN, ROBERT
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
SEATTLE, WA ▮▮▮▮

LAST SEEN: 12/2007
FIRST SEEN: 12/2007

DUNCAM, ROBERT E
▮▮▮▮▮▮▮▮▮▮
WHITE SANDS MISSILE RANGE, NM ▮▮▮▮▮

LAST SEEN: 08/2007
FIRST SEEN: 07/2007

DUNCAN, ROBERT MINOR
▮▮▮▮▮▮▮▮▮▮
WHITE SANDS MISSILE RANGE, NM ▮▮▮▮▮

LAST SEEN: 08/2007
FIRST SEEN: 07/2007

MINOR DUNCAN, ROBERT
▮▮▮▮▮▮▮▮▮▮
WHITE SANDS MISSILE RANGE, NM ▮▮▮▮▮

LAST SEEN: 08/2007
FIRST SEEN: 07/2007

DUNCAN, ROBERT E
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
DAMERON, MD

LAST SEEN: 08/2007
FIRST SEEN: 01/2005

DUNCAM, ROBERT E
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
CORPUS CHRISTI, TX ▮▮▮▮

LAST SEEN: 05/2007
FIRST SEEN: 01/2005

DUNCAN, ROBERT E
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
CORPUS CHRISTI, TX ▮▮▮▮

LAST SEEN: 05/2007
FIRST SEEN: 01/2005

DUNCAN, ROBERT MINOR
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
CORPUS CHRISTI, TX ▮▮▮▮

LAST SEEN: 05/2007
FIRST SEEN: 01/2005

MINOR DUNCAN, ROBERT
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
CORPUS CHRISTI, TX ▮▮▮▮

LAST SEEN: 05/2007
FIRST SEEN: 01/2005

DUNCAM, ROBERT E
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
DAMERON, MD

LAST SEEN: 12/2006
FIRST SEEN: 01/2005

MINOR DUNCAN, ROBERT
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
DAMERON, MD

LAST SEEN: 12/2006
FIRST SEEN: 01/2005

DUNCAN, ROBERT E
▮▮▮▮▮▮▮▮▮▮

LAST SEEN: 02/2005
FIRST SEEN: 02/2005

Applicant Name:   DUNCAN, ROBERT                SSN: ***-**-████           Control Number: 72825690

CANYON LAKE, TX ████

DUNCAN, ROBERT MINOR
████████████████
CANYON LAKE, TX ████                             LAST SEEN:  02/2005
                                                 FIRST SEEN: 02/2005

DUNCAN, ROBERT E
████████████████
OAK HARBOR, WA ████                              LAST SEEN:  01/2005
                                                 FIRST SEEN: 08/1992

DUNCAM, ROBERT E
████████████████
ARLINGTON, WA ████                               LAST SEEN:  09/2001
                                                 FIRST SEEN: 09/2001

DUNCAN, ROBERT E
████████████████
ARLINGTON, WA ████                               LAST SEEN:  09/2001
                                                 FIRST SEEN: 09/2001

DUNCAN, ROBERT MINOR
████████████████
ARLINGTON, WA ████                               LAST SEEN:  09/2001
                                                 FIRST SEEN: 09/2001

MINOR DUNCAN, ROBERT
████████████████
ARLINGTON, WA ████                               LAST SEEN:  09/2001
                                                 FIRST SEEN: 09/2001

DUNCAN, ROBERT E
████████████████
OAK HARBOR, WA ████                              LAST SEEN:  01/1999
                                                 FIRST SEEN: 01/1998

DUNCAN, ROBERT E
████████████████
KINGSVILLE, TX ████                              LAST SEEN:  01/1999
                                                 FIRST SEEN: 04/1985

DUNCAM, ROBERT E
████████████████
FPO, AP ████                                     LAST SEEN:  08/1998
                                                 FIRST SEEN: 08/1996

DUNCAN, ROBERT E
████████████████
FPO, AP ████                                     LAST SEEN:  08/1998
                                                 FIRST SEEN: 08/1996

DUNCAN, ROBERT MINOR
████████████████
FPO, AP ████                                     LAST SEEN:  08/1998
                                                 FIRST SEEN: 08/1996

MINOR DUNCAN, ROBERT
████████████████
FPO, AP ████                                     LAST SEEN:  08/1998
                                                 FIRST SEEN: 08/1996

DUNCAN, ROBERT MINOR
████████████████
KIRKSVILLE, MO ████                              LAST SEEN:  02/1998
                                                 FIRST SEEN: 02/1998

DUNCAN, ROBERT E
████████████████
OAK HARBOR, WA ████                              LAST SEEN:  09/1997
                                                 FIRST SEEN: 09/1997

DUNCAN, ROBERT E
████████████████
OAK HARBOR, WA ████                              LAST SEEN:  03/1997
                                                 FIRST SEEN: 03/1997

DUNCAM, ROBERT E
████████████████                                 LAST SEEN:  12/1995
                                                 FIRST SEEN: 08/1992      *Page:  5 of 10*

| | | |
|---|---|---|
| Applicant Name:   DUNCAN, ROBERT | SSN: ***-**-■■■■ | Control Number: 72825690 |

OAK HARBOR, WA ■

DUNCAN, ROBERT MINOR
■■■■■■■■■■■■■■
OAK HARBOR, WA ■
LAST SEEN: 12/1995
FIRST SEEN: 06/1985

DUNCAN, ROBERT MINOR
■■■■■■■■■■■■■■
FPO, AP ■
LAST SEEN: 10/1995
FIRST SEEN: 10/1995

DUNCAN, ROBERT E
■■■■■■■■■■■■■■
OAK HARBOR, WA ■
LAST SEEN: 12/1994
FIRST SEEN: 12/1994

DUNCAN, ROBERT E
■■■■■■■■■■■■■■
OAK HARBOR, WA ■
LAST SEEN: 08/1993
FIRST SEEN: 08/1993

DUNCAN, ROBERT E
■■■■■■■■■■■■■■
FPO, AP ■
LAST SEEN: 04/1993
FIRST SEEN: 04/1993

DUNCAN, ROBERT E
■■■■■■■■■■■■■■
KINGSVILLE, TX ■
LAST SEEN: 12/1990
FIRST SEEN: 12/1990

DUNCAN, ROBERT E
■
NOVINGER, MO ■
LAST SEEN: 04/1988
FIRST SEEN: 04/1988

DUNCAN, ROBERT E
■■■■■■■■■■■■■■
OAK HARBOR, WA ■
LAST SEEN: 05/1987
FIRST SEEN: 05/1987

DUNCAN, ROBERT E
■
SAN FRANCISCO, CA ■
LAST SEEN: 04/1986
FIRST SEEN: 11/1985

DUNCAN, ROBERT E
■■■■■■■■■■■■■■
OAK HARBOR, WA ■
LAST SEEN: 04/1986
FIRST SEEN: 04/1985

DUNCAN, ROBERT E
■■■■■■■■■■■■■■
OAK HARBOR, WA ■
LAST SEEN: 03/1986
FIRST SEEN: 03/1986

DUNCAN, ROBERT E
■■■■■■■■■■■■■■
OAK HARBOR, WA ■
LAST SEEN: 06/1985
FIRST SEEN: 06/1985

DUNCAN, ROBERT E
■■■■■■■■■■■■■■
FPO SEATTLE, WA ■
LAST SEEN: 06/1985
FIRST SEEN: 06/1985

DUNCAN, ROBERT E
■■■■■■■■■■■■■■
OAK HARBOR, WA ■
LAST SEEN: 06/1985
FIRST SEEN: 06/1985

DUNCAN, ROBERT E
■■■■■■■■■■■■■■
OAK HARBOR, WA ■
LAST SEEN: 05/1985
FIRST SEEN: 05/1985

DUNCAN, ROBERT E
■■■■■■■■■■■■■■
LAST SEEN: 04/1985
FIRST SEEN: 01/1983

| Applicant Name: | DUNCAN, ROBERT | SSN: ***-**- | Control Number: 72825690 |
|---|---|---|---|

CAMPBELL, CA

DUNCAN, ROBERT E
SAN JOSE, CA

LAST SEEN: 04/1985
FIRST SEEN: 01/1983

DUNCAN, ROBERT E
SANTA CLARA, CA

LAST SEEN: 01/1983
FIRST SEEN: 01/1983

END-USER IS NOTIFIED THAT FOR LEGAL AND PRACTICAL REASONS INFORMATION OBTAINED THROUGH A SOCIAL SECURITY NUMBER TRACE SHOULD BE USED ONLY TO VERIFY THE INFORMATION PROVIDED BY THE CONSUMER ON HIS/HER EMPLOYMENT APPLICATION. INFORMATION OBTAINED THROUGH A SOCIAL SECURITY NUMBER TRACE SHOULD NOT BE USED ALONE OR IN CONJUNCTION WITH ANY OTHER INFORMATION TO MAKE AN EMPLOYMENT DECISION.

| Score Report - County Record | DUNCAN, ROBERT | Complete | Provisional |
|---|---|---|---|

Review

| Global Terrorist Watchlist Search | | Complete | Clear |
|---|---|---|---|

Search Performed On 02/12/2015

No Match was found in the Global Terrorist Watchlist

| County Criminal Record | CALHOUN, TX | Complete | Clear |
|---|---|---|---|

*** ALIAS NAMES HAVE BEEN SEARCHED ***

No Criminal Records Found

ROBERT MINOR DUNCAN
ROBERT E DUNCAM
ROBERT EUSTICE DUNCAN

| County Criminal Record | ST MARYS, MD | Complete | Clear |
|---|---|---|---|

*** ALIAS NAMES HAVE BEEN SEARCHED ***

No Criminal Records Found

ROBERT E DUNCAM
ROBERT MINOR DUNCAN
ROBERT EUSTICE DUNCAN

| County Criminal Record | COMAL, TX | Complete | Clear |
|---|---|---|---|

*** ALIAS NAMES HAVE BEEN SEARCHED ***

No Criminal Records Found

ROBERT MINOR DUNCAN
ROBERT E DUNCAM
ROBERT EUSTICE DUNCAN

| Misdemeanor/Other Public Record Info | CALHOUN, TX | Complete | Clear |
|---|---|---|---|

Please refer to County Criminal Record service for result information

| Applicant Name: | DUNCAN, ROBERT | SSN: ***-**-▮▮▮▮ | Control Number: 72825690 |

| **Misdemeanor/Other Public Record Info** | ST MARYS, MD | Complete | Clear |

Please refer to County Criminal Record service for result information

| **Misdemeanor/Other Public Record Info** | COMAL, TX | Complete | Clear |

Please refer to County Criminal Record service for result information

| **Federal Record Check** | TX, SOUTHERN DISTRICT OF TEXAS | Complete | Clear |

```
*** ALIAS NAMES HAVE BEEN SEARCHED ***

Federal Criminal Record Check       *** CLEAR ***

Jurisdiction:    TX, SOUTHERN DISTRICT OF TEXAS

Records Were Checked For a Minimum of Seven Years

The above court was checked and no Federal records were found based upon the
information provided.
```

| **Federal Record Check** | MD, U.S. DISTRICT COURT OF MARYLAND | Complete | Clear |

```
*** ALIAS NAMES HAVE BEEN SEARCHED ***

Federal Criminal Record Check       *** CLEAR ***

Jurisdiction:    MD, U.S. DISTRICT COURT OF MARYLAND

Records Were Checked For a Minimum of Seven Years

The above court was checked and no Federal records were found based upon the
information provided.
```

| **Federal Record Check** | TX, WESTERN DISTRICT OF TEXAS | Complete | Clear |

```
*** ALIAS NAMES HAVE BEEN SEARCHED ***

Federal Criminal Record Check       *** CLEAR ***

Jurisdiction:    TX, WESTERN DISTRICT OF TEXAS

Records Were Checked For a Minimum of Seven Years

The above court was checked and no Federal records were found based upon the
information provided.
```

| **County Criminal Record** | CHESTER, PA | Complete | Alert |

```
================================================================

CASE INFORMATION

Case Number          CP-15-CR-0002178-2011
Arrest Date          04/01/2010
Court Jurisdiction   COUNTY
Jurisdiction         CHESTER, PA
Country              US
Status               CLOSED CASE
State                PA
County               CHESTER


Charge Number        1
```

Applicant Name:   DUNCAN, ROBERT        SSN: ***-**-          Control Number: 72825690

```
Final Charge              Child Pornography
Final Charge Type         FELONY
Disposition Type          GUILTY
Sentence                  CONFINEMENT, 23 MONTHS, Min of 6.00 Months
                          PROBATION, 7 YEARS
                          FINE, $6596.5 FINE
                          CONFINEMENT, 12 MONTHS, Confinement : 45 Days , Min of
                          3.00 Months
                          CONFINEMENT, 23 MONTHS, Min of 6.00 Months
                          PROBATION, 7 YEARS
                          FINE, $6596.5 FINE
                          CONFINEMENT, 12 MONTHS, Confinement : 45 Days , Min of
                          3.00 Months
Outcome                   CONVICTION
Disposition Date          09/12/2011



Charge Number             2

Final Charge              Child Pornography
Final Charge Type         FELONY
Disposition Type          GUILTY
Sentence                  PROBATION, 2 YEARS, Min of 2.00 Years
                          PROBATION, 2 YEARS, Min of 2.00 Years
Outcome                   CONVICTION
Disposition Date          09/12/2011



Charge Number             3

Final Charge              Child Pornography
Final Charge Type         FELONY
Disposition Type          GUILTY
Sentence                  PROBATION, 2 YEARS
                          PROBATION, 2 YEARS
Outcome                   CONVICTION
Disposition Date          09/12/2011



Charge Number             4

Final Charge              Child Pornography
Final Charge Type         FELONY
Disposition Type          GUILTY
Sentence                  PROBATION, 2 YEARS
                          PROBATION, 2 YEARS
Outcome                   CONVICTION
Disposition Date          09/12/2011



Charge Number             5

Final Charge              Child Pornography
Final Charge Type         FELONY
Disposition Type          GUILTY
```

| | | |
|---|---|---|
| Applicant Name:  DUNCAN, ROBERT | SSN: ***-**- ■■■ | Control Number: 72825690 |

```
Sentence                    PROBATION, 2 YEARS
                            PROBATION, 2 YEARS
Outcome                     CONVICTION
Disposition Date            09/12/2011



Charge Number               6

Final Charge                Child Pornography (24 counts)
Final Charge Type           FELONY
Disposition Type            WITHDRAWN
Outcome                     NON-CONVICTION
Disposition Date            09/12/2011




IDENTIFICATION FOUND

Name Found                  ROBERT E. DUNCAN
DOB                         MATCHES
Height                      NOT AVAILABLE
```